STATE OF NORTH CAROLINA v. MARVIN JUNIOR LOCKLEAR

No. 7416SC983

(Filed 5 March 1975)

APPEAL by defendant from *Clark, Judge.* Judgment entered 9 August 1974 in Superior Court, ROBESON County. Heard in the Court of Appeals 12 February 1975.

Defendant was charged in a bill of indictment with the first degree murder of James Delton Bartley. The State chose to prosecute only upon a charge of murder in the second degree, and defendant pleaded not guilty. He was tried before a jury. From judgment imposing a prison sentence upon a verdict of guilty as charged, defendant appealed to this Court.

*Attorney General Edmisten, by Assistant Attorney General James E. Magner, Jr., for the State.*

*Horace Locklear for defendant appellant.*

ARNOLD, Judge.

An exception to the judgment presents the face of the record for review. Neither defense counsel nor the Attorney General has been able to find any prejudicial error in the trial. Evidence for the State included several witnesses who saw defendant shoot James Bartley. We have carefully examined the record and find no error.

No error.

Judges VAUGHN and MARTIN concur.